1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PAMELA DENISE PRINGLE,                    No.  2:17-cv-02206 TLN AC

12            Plaintiff,

13        v.                                     ORDER

14    AMANDA GENTRY, et al.,

15            Defendants.

16

17          This matter was referred to the undersigned for pretrial management by E.D. Cal. R.

18    ("Local Rule") 302(c)(21), because plaintiff was proceeding pro se.  On July 13, 2018, counsel

19    Hans W. Herb appeared on behalf of plaintiff.  ECF No. 44.  Because plaintiff is now represented

20    by counsel, the referral to the undersigned is no longer in effect.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  All dates pending before the undersigned are VACATED;

23          2.  The Motion for to Dismiss for Lack of Jurisdiction (ECF No. 12) is now pending

24    before the District Judge assigned to this action.

25          3.  Going forward, the parties shall conduct pretrial matters, **other than discovery

26    motions**, before the District Judge assigned to this action.  Discovery motions remain referred to

27    the magistrate judge by Local Rule 302(c)(1).

28    ////

                                                  1

1          4. This matter is REFERRED back to the District Judge assigned to this action.

2          IT IS SO ORDERED.

3    DATED: July 16, 2018

4                                                                *allison Clare*
                                                       ALLISON CLAIRE
5                                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2