CIVIL,CLOSED,TRANSFERRED

# U.S. District Court
# Eastern District of California – Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:17–cv–02206–TLN–AC

Pringle v. Gentry et al
Assigned to: District Judge Troy L. Nunley
Referred to: Magistrate Judge Allison Claire
Case in other court:  USCA, 18–16038
Cause: 42:1983 Civil Rights Act

Date Filed: 10/23/2017
Date Terminated: 08/02/2018
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Pamela Denise Pringle**                    represented by    **Hans William Herb**
Law Offices of Hans W. Herb
P.O. Box 970
Santa Rosa, CA 95402
707–576–0757
Fax: 707–575–0364
Email: hans@tankman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Denise Pringle – "PRO SE
E–FILER"**
2544 Allen Circle
Woodland, CA 95776
530–324–2730
Email: pianopam33@gmail.com
*TERMINATED: 07/16/2018*

V.

## Defendant

**Amanda Gentry**                    represented by    **Elisa S. Magnuson**
Office Of The Idaho Attorney General
PO Box 36
Boise, ID 83722
208–334–7842
Fax: 208–334–7844
Email: elisa.magnuson@tax.idaho.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Cindy McDonald**                    represented by    **Elisa S. Magnuson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Shannon Cluney**                              represented by   **Elisa S. Magnuson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Noel Barlow–Hust**                            represented by   **Elisa S. Magnuson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Sandy Jones**                                 represented by   **Elisa S. Magnuson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Judy Mesick**                                 represented by   **Elisa S. Magnuson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Alan Kubinski**                          represented by   **Elisa S. Magnuson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2017 | Ï 1 | COMPLAINT against All Defendants by Pamela Denise Pringle. (Attachments: # 1 Civil Cover Sheet)(Becknal, R) (Entered: 10/23/2017) |
| 10/23/2017 | Ï 2 | MOTION to PROCEED IN FORMA PAUPERIS by Pamela Denise Pringle. (Becknal, R) (Entered: 10/23/2017) |
| 10/23/2017 | Ï | APPLICATION TO PROCEED IFP filed – Action Required. (Becknal, R) (Entered: 10/23/2017) |
| 10/30/2017 | Ï 3 | ORDER granting 2 Motion to Proceed IFP signed by Magistrate Judge Allison Claire on 10/30/17: The Clerk of the Court shall send plaintiff one USM–285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal. (Kaminski, H) (Entered: 10/30/2017) |
| 10/30/2017 | Ï 4 | SUMMONS ISSUED as to *Noel Barlow–Hust, Shannon Cluney, Amanda Gentry, Sandy Jones, Mark Alan Kubinski, Cindy McDonald, Judy Mesick* with answer to complaint due within *21* days. Attorney *Pamela Denise Pringle* *2544 Allen Circle* *Woodland, CA 95776*. (Kaminski, H) (Entered: 10/30/2017) |
| 10/30/2017 | Ï 5 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 4/11/2018 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. (Attachments: # 1 Consent Form) (Kaminski, H) (Entered: 10/30/2017) |

| 10/30/2017 | Ï | SERVICE BY MAIL: 4 Summons, 3 Order, 5 Civil New Case Documents for GEB, 1 Complaint, USM–285 form, served on Pamela Denise Pringle. (Kaminski, H) (Entered: 10/30/2017) |
|---|---|---|
| 10/31/2017 | Ï 6 | MOTION to PARTICIPATE in E–FILING by Pamela Denise Pringle. (York, M) (Entered: 11/01/2017) |
| 10/31/2017 | Ï 7 | NOTICE OF SUBMISSION OF DOCUMENTS to USM by Pamela Denise Pringle. (York, M) (Entered: 11/01/2017) |
| 11/03/2017 | Ï 8 | ORDER signed by Magistrate Judge Allison Claire on 11/2/17, ORDERING that plaintiff's 6 ex parte request to participate in electronic filing is GRANTED. The Clerk is ordered to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case. (Kastilahn, A) (Entered: 11/03/2017) |
| 11/03/2017 | Ï 9 | DECLINE to PROCEED BEFORE US MAGISTRATE JUDGE by Pamela Denise Pringle. (Pringle – "PRO SE E–FILER", Pamela) Modified on 11/3/2017 (Kaminski, H). (Entered: 11/03/2017) |
| 01/21/2018 | Ï 10 | EX PARTE MOTION for order enforcing compliance with Order Re Service by U.S. Marshal; Request for Extension of time for Service of Process; Request to continue case management conference by Pamela Denise Pringle. (Pringle – "PRO SE E–FILER", Pamela) Modified on 1/22/2018 (Mena–Sanchez, L). (Entered: 01/21/2018) |
| 01/23/2018 | Ï 11 | ORDER signed by Magistrate Judge Allison Claire on 1/22/2018 DENYING 10 ex–parte motion to enforce compliance with order regarding service. (Zignago, K.) (Entered: 01/23/2018) |
| 02/08/2018 | Ï 12 | MOTION to DISMISS for LACK of JURISDICTION and VENUE by Noel Barlow–Hust, Shannon Cluney, Amanda Gentry, Sandy Jones, Mark Alan Kubinski, Cindy McDonald, Judy Mesick. Attorney Magnuson, Elisa S added. Motion Hearing set for 3/30/2018 at 09:00 AM in Courtroom 10 (GEB) before District Judge Garland E. Burrell, Jr. (Attachments: # 1 Motion, # 2 Declaration)(Magnuson, Elisa) Modified on 2/9/2018 (Fabillaran, J). (Entered: 02/08/2018) |
| 02/08/2018 | Ï 13 | MINUTE ORDER: The Motion to Dismiss, noticed for hearing before Judge Burrell on 3/30/18 is VACATED. Pursuant to the Local Rules, motions in cases designated pro se are to be noticed for hearing before the assigned Magistrate Judge. re 12 Motion to Dismiss/Lack of Jurisdiction, Ordered by District Judge Garland E. Burrell, Jr on 2/8/18. (Furstenau, S) (Entered: 02/08/2018) |
| 02/12/2018 | Ï 14 | AMENDED NOTICE OF MOTION HEARING on 12 Motion to Dismiss, by Defendants. Motion Hearing SET for 3/28/2018 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. (Magnuson, Elisa) Modified on 2/14/2018 (Kastilahn, A). (Entered: 02/12/2018) |
| 02/13/2018 | Ï 15 | SUMMONS RETURNED EXECUTED: Noel Barlow–Hust, Shannon Cluney, Sandy Jones, Mark Alan Kubinski, Cindy McDonald, and Judy Mesick served on 1/19/2018, answers due 2/9/2018. Amanda Gentry served on 1/24/2018, answer due 2/14/2018. (Kastilahn, A) (Entered: 02/14/2018) |
| 02/16/2018 | Ï 16 | ORDER REASSIGNING CASE signed by Chief Judge Lawrence J. O'Neill: Due to the senior status of District Judge *Garland E. Burrell, Jr.*, this action is reassigned to *District Judge Troy L. Nunley* for all further proceedings. (Donati, J) (Entered: 02/16/2018) |
| 03/14/2018 | Ï 17 | OPPOSITION by Pamela Denise Pringle to 12 Motion to Dismiss. (Pringle – "PRO SE E–FILER", Pamela) (Entered: 03/14/2018) |
| 03/14/2018 | Ï 18 | DECLARATION of Pamela D. Pringle in support of 17 Opposition. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Pringle – "PRO SE E–FILER", Pamela) Modified on 3/15/2018 (Fabillaran, J). (Entered: 03/14/2018) |
| 03/14/2018 | Ï 19 | |

| | | |
|---|---|---|
| | | MOTION to VACATE 12 Motion to Dismiss Hearing and REQUEST for CONTINUANCE OF STATUS CONFERENCE by Pamela Denise Pringle. (Pringle – "PRO SE E–FILER", Pamela) Modified on 3/16/2018 (Fabillaran, J). Modified on 3/16/2018 (Fabillaran, J). (Entered: 03/15/2018) |
| 03/15/2018 | 20 | NOTICE OF UNCONSTITUTIONALITY by Pamela Denise Pringle. (Attachments: # 1 Exhibit A)(Pringle – "PRO SE E–FILER", Pamela) Modified on 3/16/2018 (Fabillaran, J). (Entered: 03/15/2018) |
| 03/15/2018 | 21 | ORDER signed by Magistrate Judge Allison Claire on 3/15/18, ORDERING that plaintiff's 19 motion to vacate is DENIED. (Kastilahn, A) (Entered: 03/15/2018) |
| 03/16/2018 | 22 | DESIGNATION of COUNSEL FOR SERVICE. (Pringle – "PRO SE E–FILER", Pamela) (Entered: 03/16/2018) |
| 03/26/2018 | 23 | MINUTE ORDER: (Text Only) re 5 SET/RESET HEARING. Due to the Court's schedule the Initial Scheduling Conference currently set on 4/11/2018 is hereby continued to 5/9/2018 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire.(Callen, V) (Entered: 03/26/2018) |
| 03/26/2018 | | SERVICE BY MAIL: 23 Minute Order served on. (Callen, V) (Entered: 03/26/2018) |
| 03/26/2018 | 24 | REPLY by Defendants to RESPONSE to 12 Motion to Dismiss. (Attachments: # 1 Affidavit)(Magnuson, Elisa) Modified on 3/30/2018 (Mena–Sanchez, L). (Entered: 03/26/2018) |
| 03/26/2018 | 25 | OBJECTIONS by Plaintiff Pamela Denise Pringle to 24 Reply to Response to Motion. (Pringle – "PRO SE E–FILER", Pamela) (Entered: 03/26/2018) |
| 03/28/2018 | 26 | MINUTES (Text Only) for proceedings before Magistrate Judge Allison Claire: MOTION HEARING held on 3/28/2018 re 12 Motion to Dismiss filed by Noel Barlow–Hust, Cindy McDonald, Sandy Jones, Shannon Cluney, Mark Alan Kubinski, Judy Mesick, Amanda Gentry. The matter is submitted and the court will issue a written order. Plaintiffs Counsel Pro Se via Telephone present. Defendants Counsel Elisa Magnuson present. Court Reporter/CD Number: Jonathan Anderson. (Callen, V) (Entered: 03/28/2018) |
| 03/30/2018 | 27 | ORDER and FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Allison Claire on 3/30/2018 DENYING as moot 25 Motion to Strike and RECOMMENDING that 12 Motion to Dismiss be granted and that this action be dismissed for lack of personal jurisdiction and on the grounds of forum non conveniens. Referred to District Judge Troy L. Nunley. Objections due within 21 days after being served with these findings and recommendations. (York, M) (Entered: 03/30/2018) |
| 04/19/2018 | 28 | MINUTE ORDER: (Text Only) re 23 Minute Order. In light of the pending Findings and Recommendations, ECF No. 27 , it is hereby ordered the Initial Scheduling Conference currently set on 5/9/2018 at 10:00 a.m. is hereby VACATED from the calendar and will be re–set if it becomes necessary. (Callen, V) (Entered: 04/19/2018) |
| 04/19/2018 | | SERVICE BY MAIL: 28 Minute Order, served on. (Callen, V) (Entered: 04/19/2018) |
| 04/19/2018 | 29 | OBJECTIONS to FINDINGS and RECOMMENDATIONS 27 by Plaintiff Pamela Denise Pringle. (Pringle – "PRO SE E–FILER", Pamela) (Entered: 04/19/2018) |
| 05/02/2018 | 30 | REPLY by Defendants re 29 Objections to Findings and Recommendations. (Magnuson, Elisa) (Entered: 05/02/2018) |
| 05/08/2018 | 31 | ORDER signed by District Judge Troy L. Nunley on 5/7/2018 ADOPTING 27 Findings and Recommendations IN PART. Defendants' 12 motion to dismiss is GRANTED IN PART and Plaintiff's first, third, and fourth claims are DISMISSED for lack of personal jurisdiction. The |

| | | |
|---|---|---|
| | | Court REFERS this matter back to the magistrate judge for further proceedings consistent with this order. (Zignago, K.) (Entered: 05/08/2018) |
| 05/08/2018 | 32 | MINUTE ORDER: (Text Only). In light of the order from District Judge Nunley at ECF No. 31, the parties are instructed to submit supplemental briefing on the issue of whether plaintiff's second cause of action should be dismissed on grounds of forum non conveniens. The matter will be heard on the papers. The parties shall each submit a brief no later than May 22, 2018. Responsive briefing will be due no later than May 29, 2018. An order on the issue will follow in due course." (Callen, V) (Entered: 05/08/2018) |
| 05/08/2018 | | SERVICE BY MAIL: 32 Minute Order,, served on. (Callen, V) (Entered: 05/08/2018) |
| 05/20/2018 | 33 | RESPONSE by Pamela Denise Pringle to 32 Minute Order,,. (Pringle – "PRO SE E–FILER", Pamela) (Entered: 05/20/2018) |
| 05/21/2018 | 34 | RESPONSE by Defendants to Minute Order (ECF No. 32) . (Attachments: # 1 Affidavit of Jones, # 2 Affidavit of Kubinski, # 3 Affidavit of McDonald, # 4 Affidavit of Mesick)(Magnuson, Elisa) Modified on 5/22/2018 (Kastilahn, A.) (Entered: 05/21/2018) |
| 05/27/2018 | 35 | REPLY by Pamela Denise Pringle re 34 Response. (Attachments: # 1 Affidavit Pamela D. Pringle)(Pringle – "PRO SE E–FILER", Pamela) (Entered: 05/27/2018) |
| 05/29/2018 | 36 | REPLY by Defendants to 32 Minute Order. (Attachments: # 1 Request for Judicial Notice)(Magnuson, Elisa) Modified on 5/30/2018 (Kaminski, H.) (Entered: 05/29/2018) |
| 06/03/2018 | 37 | NOTICE OF APPEAL by Pamela Denise Pringle as to 31 Order Adopting Findings and Recommendations. (Pringle – "PRO SE E–FILER", Pamela) Modified on 6/4/2018 (Kastilahn, A.) (Entered: 06/03/2018) |
| 06/05/2018 | 38 | APPEAL PROCESSED to Ninth Circuit re 37 Notice of Appeal filed by Pamela Denise Pringle. Notice of Appeal filed *6/3/2018*, Complaint filed *10/23/2017* and Appealed Order / Judgment filed *5/8/2018*. ** *Fee Status: IFP Granted on 10/30/2017* (Attachments: # 1 Appeal Information) (Kastilahn, A) (Entered: 06/05/2018) |
| 06/06/2018 | 39 | USCA CASE NUMBER 18–16038 for 37 Notice of Appeal filed by Pamela Denise Pringle. (York, M) (Entered: 06/06/2018) |
| 06/26/2018 | 40 | ORDER of USCA as to 37 Notice of Appeal filed by Pamela Denise Pringle; This appeal is DISMISSED for lack of jurisdiction. (Hunt, G) (Entered: 06/27/2018) |
| 06/27/2018 | 41 | ORDER to SHOW CAUSE signed by Magistrate Judge Allison Claire on 6/27/18: The parties are each ORDERED TO SHOW CAUSE, within 14 days, why this case should not be transferred to the District of Idaho pursuant to 28 U.S.C. § 1404. (Kaminski, H) (Entered: 06/27/2018) |
| 07/10/2018 | 42 | OPPOSITION to Transfer re 41 ORDER to SHOW CAUSE by Pamela Denise Pringle. (Pringle – "PRO SE E–FILER", Pamela) Modified on 7/26/2018 (Benson, A.). (Entered: 07/10/2018) |
| 07/11/2018 | 43 | MEMORANDUM in Support of Transfer by Noel Barlow–Hust, et al., per 41 Order to Show Cause. (Magnuson, Elisa) Modified on 7/12/2018 (Reader, L.). (Entered: 07/11/2018) |
| 07/13/2018 | 44 | NOTICE of APPEARANCE of attorney Hans William Herb for plaintiff Pamela Denise Pringle – "PRO SE E–FILER" on behalf of Pamela Denise Pringle. (Pringle – "PRO SE E–FILER", Pamela) (Entered: 07/13/2018) |
| 07/16/2018 | 45 | ORDER signed by Magistrate Judge Allison Claire on 7/16/18: All dates pending before the undersigned are VACATED. The Motion for to Dismiss for Lack of Jurisdiction 12 is now pending before the District Judge assigned to this action. Going forward, the parties shall conduct pretrial matters, other than discovery motions, before the District Judge assigned to this action. Discovery |

| | | |
|---|---|---|
| | | motions remain referred to the magistrate judge. This matter is REFERRED back to the District Judge assigned to this action. (Kaminski, H) (Entered: 07/16/2018) |
| 07/19/2018 | 46 | USCA MANDATE as to 37 Notice of Appeal filed by Pamela Denise Pringle. (Zignago, K.) (Entered: 07/19/2018) |
| 08/01/2018 | 47 | NOTICE of RELATED CASE 2:18−cv−02035 by Pamela Denise Pringle. (Herb, Hans) (Entered: 08/01/2018) |
| 08/02/2018 | 48 | ORDER signed by District Judge Troy L. Nunley on 8/2/2018 ORDERING this case TRANSFERRED to the District of Idaho. CASE CLOSED. (Zignago, K.) (Entered: 08/02/2018) |